IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED UNDER SEAL** |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 07-10221-02, 03, 04, 05, 06, 08, |
| | ) | 10, 11, 12, 13, 14, 15, |
| TYRONE L. ANDREWS, | ) | 16, 17, 18, 19, 20-MLB |
| MICHAEL L. BIGLOW, | ) | |
| JAMES BLACK, | ) | Count 1 |
| KEVIN GUNTER, | ) | 21 U.S.C. § 846 |
| RICKY HENRY, | ) | |
| GREGORY REYNOLDS, | ) | Counts 2-4, 14-17, 20-28, 30-35, 37- |
| CORNELL BEARD, | ) | 48, 50-53, 55-61, 63-74, 76- |
| SETH COLLINS, | ) | 78, 80-81, 83-89, 91-95, 97- |
| TIMOTHY COLLINS, | ) | 102, 104-121 |
| ROBERT DEAR, | ) | 21 U.S.C. § 843 |
| DORNEL JOHNSON, | ) | |
| MIGUEL McPHAUL, | ) | Counts 5-13, 18, 19, 29, 36, 49, 54, 62, |
| JERRY NEWTON, | ) | 75, 79, 82, 90, 96, 103, 122, 125, |
| CLIFTON PARKS, | ) | 128 |
| JOSE PIZANA, | ) | 21 U.S.C. § 841 |
| a/k/a JESUS LOPEZ, | ) | |
| CLERANCE REED, | ) | Count 123 |
| STEVEN RICH, | ) | 18 U.S.C. § 924(c) |
| | ) | |
| Defendants, | ) | Count 124 |
| _____ | ) | 21 U.S.C. § 856 |

Counts 126, 127, 129, 130
18 U.S.C. § 922

Count 131
18 U.S.C. § 1513

Forfeiture Allegations

## SECOND SUPERSEDING INDICTMENT

1

The Grand Jury charges:

## Count 1

Beginning on a date unknown to the Grand Jury, and continuing through the 23rd day of September, 2007, in the District of Kansas, and elsewhere,

**TYRONE L. ANDREWS,**
**MICHAEL L. BIGLOW,**
**JAMES BLACK,**
**KEVIN GUNTER,**
**RICKY HENRY, and**
**GREGORY REYNOLDS,**
**CORNELL BEARD,**
**TIMOTHY COLLINS,**
**ROBERT DEAR,**
**DORNEL JOHNSON,**
**MIGUEL McPHAUL,**
**JERRY NEWTON,**
**CLIFTON PARKS,**
**JOSE PIZANA, a/k/a JESUS LOPEZ,**
**CLERANCE REED,**
**STEVEN RICH,**

the defendants herein, did knowingly, willfully and unlawfully combine, conspire, confederate and agree with each other, and with other persons whose identities are both known and unknown to the Grand Jury, to distribute five (5) kilograms and more of a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1).

## Counts 2 through 4

On or about the dates specified below, in the District of Kansas,

**SETH COLLINS,**

2

the defendant herein, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy to distribute, conspiracy to possess with the intent to distribute, possession with the intent to distribute and distribution of controlled substances, in violation of Title 21, United States Code, Sections 841 and 846:

| Count | Date |
|-------|--------|
| 2 | 6/6/07 |
| 3 | 6/13/07 |
| 4 | 7/10/07 |

In violation of Title 21, United States Code, Section 843(b).

## Count 5

On or about June 13, 2007, in the District of Kansas,

### SETH COLLINS,

the defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## Count 6

On or about June 23, 2007, in the District of Kansas,

### TYRONE ANDREWS,

the defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count 7

On or about June 25, 2007, in the District of Kansas,

**TYRONE ANDREWS, and
KEVIN GUNTER,**

the defendants herein, did unlawfully, knowingly and intentionally distribute approximately two kilograms of a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count 8

On or about June 25, 2007, in the District of Kansas,

**TYRONE ANDREWS,**

the defendant herein, did unlawfully, knowingly and intentionally possess with the intent to distribute approximately two kilograms of a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count 9

On or about June 27, 2007, in the District of Kansas,

4

**TYRONE ANDREWS,**

the defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count 10

On or about July 10, 2007, in the District of Kansas,

**SETH COLLINS,**

the defendant herein, did unlawfully, knowingly and intentionally distribute 50 grams and more of a mixture and substance containing a detectable amount of cocaine base (crack cocaine), a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## Count 11

On or about July 10, 2007, in the District of Kansas,

**TYRONE ANDREWS,**

the defendant herein, did unlawfully, knowingly and intentionally distribute approximately two kilograms of a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## Count 12

On or about July 10, 2007, in the District of Kansas,

**TYRONE ANDREWS, and**
**MICHAEL BIGLOW,**

the defendants herein, did unlawfully, knowingly and intentionally possess with the intent

to distribute approximately two kilograms of a mixture and substance containing a detectable

amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United

States Code, Section 2.

## Count 13

On or about August 17, 2007, in the District of Kansas,

**KEVIN GUNTER,**

the defendant herein, did unlawfully, knowingly and intentionally possess with the intent to

distribute approximately 2.47 grams of a mixture and substance containing a detectable

amount of cocaine (cocaine base), a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## Counts 14 through 17

On or about September 6, 2007, in the District of Kansas, and elsewhere, the

defendants listed below, did unlawfully, knowingly and intentionally use a communication

facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy

to distribute, conspiracy to possess with the intent to distribute, possession with the intent to

distribute, distribution of controlled substances and an attempt to do so, in violation of Title

21, United States Code, Sections  841 and 846:

6

| Count | Caller Defendant | Recipient Defendant | Call No. |
|-------|------------------|---------------------|----------|
| 14 | 316-806-5515 Miguel McPhaul | 316-259-0717 T. Andrews | 4 |
| 15 | 316-312-8616 T. Collins | 316-259-0717 T. Andrews | 13 |
| 16 | 316-390-6452 Ricky Henry | 316-259-0717 T. Andrews | 14 |
| 17 | 316-708-9609 James Black | 316-259-0717 T. Andrews | 25 |

In violation of Title 21, United States Code, Section 843(b).

## **Count 18**

On or about September 6, 2007, in the District of Kansas,

**TYRONE ANDREWS,**
**MIGUEL McPHAUL,**
**TIMOTHY COLLINS,and**
**JAMES BLACK,**

the defendants herein, did unlawfully, knowingly and intentionally possess with intent to

distribute a mixture and substance containing a detectable amount of cocaine, a controlled

substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United

States Code, Section 2.

## **Count 19**

On or about September 6, 2007, in the District of Kansas,

**TYRONE ANDREWS**,

the defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## Counts 20 through 28

On or about September 7, 2007, in the District of Kansas, and elsewhere, the defendants listed below, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy to distribute, conspiracy to possess with the intent to distribute, possession with the intent to distribute, distribution of controlled substances and an attempt to do so, in violation of Title 21, United States Code, Sections 841 and 846:

| Count | Caller Defendant | Recipient Defendant | Call No. |
|-------|------------------|---------------------|----------|
| 20 | 316-259-0717 T. Andrews | 316-312-8616 Timothy Collins | 31 |
| 21 | 316-806-6948 Jose Pizana | 316-641-1719 Tyrone Andrews | 35 |
| 22 | 316-259-0717 T. Andrews | 316-371-7010 Clerance Reed | 39 |
| 23 | 316-259-0717 T. Andrews | 316-312-8616 Timothy Collins | 42 |
| 24 | 316-259-0717 T. Andrews | 316-371-7010 Clerance Reed | 45 |
| 25 | 316-312-8616 Timothy Collins | 316-259-0717 T. Andrews | 53 |
| 26 | 316-259-0717 Tyrone Andrews | 316-208-5551 Dornel Johnson | 55 |
| 27 | 316-209-3399 Cornell Beard | 316-641-1719 T. Andrews | 59 |

| Count | Caller Defendant | Recipient Defendant | Call No. |
|-------|------------------|---------------------|----------|
| 28 | 316-641-1719 Tyrone Andrews | 316-209-3399 Cornell Beard | 69 |

In violation of Title 21, United States Code, Section 843(b).

### Count 29

On or about September 7, 2007, in the District of Kansas,

**TYRONE ANDREWS,**
**CORNELL BEARD,**
**JOSE PIZANA,**
**TIMOTHY COLLINS,**
**DORNEL JOHNSON, and**
**CLERANCE REED,**

the defendants herein, did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Counts 30 through 35

On or about September 9, 2007, in the District of Kansas, and elsewhere, the defendants listed below, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy to distribute, conspiracy to possess with the intent to distribute, possession with the intent to distribute, distribution of controlled substances and an attempt to do so, in violation of Title 21, United States Code, Sections 841 and 846:

9

| Count | Caller Defendant | Recipient Defendant | Call No. |
|-------|------------------|---------------------|----------|
| 30 | 316-807-3914 Jerry Newton | 316-259-0717 Tyrone Andrews | 78 |
| 31 | 316-208-5551 Dornel Johnson | 316-259-0717 Tyrone Andrews | 79 |
| 32 | 316-259-0717 Tyrone Andrews | 316-201-5321 Ricky Henry | 80 |
| 33 | 316-201-5321 Ricky Henry | 316-259-0717 Tyrone Andrews | 81 |
| 34 | 316-259-0717 Tyrone Andrews | 316-208-5551 Dornel Johnson | 84 |
| 35 | 316-807-3914 Jerry Newton | 316-259-0717 Tyrone Andrews | 89 |

In violation of Title 21, United States Code, Section 843(b).

### Count 36

On or about September 9, 2007, in the District of Kansas,

**TYRONE ANDREWS,**
**JERRY NEWTON,**
**DORNEL JOHNSON, and**
**RICKY HENRY,**

the defendants herein, did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Counts 37 through 40

On or about September 10, 2007, in the District of Kansas, and elsewhere, the

defendants listed below, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy to distribute, conspiracy to possess with the intent to distribute, possession with the intent to distribute, distribution of controlled substances and an attempt to do so, in violation of Title 21, United States Code, Sections 841 and 846:

| Count | Caller Defendant | Recipient Defendant | Call No. |
|---|---|---|---|
| 37 | 316-644-4504 M. Biglow | 316-259-0717 T. Andrews | 100 |
| 38 | 316-806-5515 Miguel McPhaul | 316-259-0717 T. Andrews | 101 |
| 39 | 316-259-0717 T. Andrews | 316-208-5551 Dornel Johnson | 103 |
| 40 | 316-806-5515 Miguel McPhaul | 316-259-0717 T. Andrews | 108 |

In violation of Title 21, United States Code, Section 843(b).

## **Counts 41 through 48**

On or about September 11, 2007, in the District of Kansas, and elsewhere, the defendants listed below, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy to distribute, conspiracy to possess with the intent to distribute, possession with the intent to distribute, distribution of controlled substances and an attempt to do so, in violation of Title 21, United States Code, Sections 841 and 846:

| Count | Caller Defendant | Recipient Defendant | Call No. |
|---|---|---|---|
| 41 | 316-259-0717 Tyrone Andrews | 316-806-6948 Jose Pizana | 118 |
| 42 | 316-259-0717 Tyrone Andrews | 316-708-9609 James Black | 121 |
| 43 | 316-312-8616 Timothy Collins | 316-259-0717 Tyrone Andrews | 123 |
| 44 | 316-209-3097 Steven Rich | 316-641-1719 Tyrone Andrews | 227 |
| 45 | 316-259-0717 Tyrone Andrews | 316-371-7010 Clerance Reed | 125 |
| 46 | 316-312-8616 Timothy Collins | 316-259-0717 Tyrone Andrews | 126 |
| 47 | 316-259-0717 Tyrone Andrews | 316-371-7010 Clerance Reed | 132 |
| 48 | 316-312-8616 Timothy Collins | 316-259-0717 Tyrone Andrews | 136 |

In violation of Title 21, United States Code, Section 843(b).

**Count 49**

On or about September 11, 2007, in the District of Kansas,

**TYRONE ANDREWS,**
**JAMES BLACK,**
**TIMOTHY COLLINS,**
**STEVEN RICH, and**
**CLERANCE REED,**

the defendants herein, did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United

12

States Code, Section 2.

**Counts 50 through 53**

On or about September 12, 2007, in the District of Kansas, and elsewhere, the defendants listed below, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy to distribute, conspiracy to possess with the intent to distribute, possession with the intent to distribute, distribution of controlled substances and an attempt to do so, in violation of Title 21, United States Code, Sections 841 and 846:

| Count | Caller Defendant | Recipient Defendant | Call No. |
|-------|------------------|---------------------|----------|
| 50 | 316-390-6452 Ricky Henry | 316-259-0717 Tyrone Andrews | 160 |
| 51 | 316-644-4504 M. Biglow | 316-259-0717 Tyrone Andrews | 163 |
| 52 | 316-312-8616 Timothy Collins | 316-259-0717 Tyrone Andrews | 164 |
| 53 | 316-259-0717 Tyrone Andrews | 316-806-6948 Jose Pizana | 170 |

In violation of Title 21, United States Code, Section 843(b).

**Count 54**

On or about September 12, 2007, in the District of Kansas,

**TYRONE ANDREWS,**
**RICKY HENRY, and**
**TIMOTHY COLLINS,**

the defendants herein, did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled

substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Counts 55 through 61

On or about September 13, 2007, in the District of Kansas, and elsewhere, the defendants listed below, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy to distribute, conspiracy to possess with the intent to distribute, possession with the intent to distribute, distribution of controlled substances and an attempt to do so, in violation of Title 21, United States Code, Sections  841 and 846:

| Count | Caller Defendant | Recipient Defendant | Call No. |
|-------|------------------|---------------------|----------|
| 55 | 316-259-0717 Tyrone Andrews | 316-708-9609 James Black | 182 |
| 56 | 316-806-5515 Miguel McPhaul | 316-259-0717 Tyrone Andrews | 183 |
| 57 | 316-259-0717 Tyrone Andrews | 316-806-6948 Jose Pizana | 184 |
| 58 | 316-807-3914 Jerry Newton | 316-259-0717 Tyrone Andrews | 185 |
| 59 | 316-208-5551 Dornel Johnson | 316-259-0717 Tyrone Andrews | 186 |
| 60 | 316-644-4504 Michael Biglow | 316-259-0717 Tyrone Andrews | 196 |
| 61 | 316-806-6948 Jose Pizana | 316-641-1719 Tyrone Andrews | 337 |

In violation of Title 21, United States Code, Section 843(b).

14

**Count 62**

On or about September 13, 2007, in the District of Kansas,

**TYRONE ANDREWS,**
**JAMES BLACK, and**
**JERRY NEWTON,**

the defendants herein, did unlawfully, knowingly and intentionally possess with the intent

to distribute a mixture and substance containing a detectable amount of cocaine, a controlled

substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United

States Code, Section 2.

**Counts 63 through 74**

On or about September 14, 2007, in the District of Kansas, and elsewhere, the

defendants listed below, did unlawfully, knowingly and intentionally use a communication

facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy

to distribute, conspiracy to possess with the intent to distribute, possession with the intent to

distribute, distribution of controlled substances and an attempt to do so, in violation of Title

21, United States Code, Sections  841 and 846:

| Count | Caller Defendant | Recipient Defendant | Call No. |
|-------|------------------|---------------------|----------|
| 63 | 316-259-0717 Tyrone Andrews | 316-806-6948 Jose Pizana | 204 |
| 64 | 316-259-0717 Tyrone Andrews | 316-644-4504 Michael Biglow | 205 |
| 65 | 316-806-5515 Miguel McPhaul | 316-259-0717 Tyrone Andrews | 208 |

| Count | Caller Defendant | Recipient Defendant | Call No. |
|-------|------------------|---------------------|----------|
| 66 | 316-201-5321 Ricky Henry | 316-259-0717 Tyrone Andrews | 210 |
| 67 | 316-806-6948 Jose Pizana | 316-259-0717 Tyrone Andrews | 211 |
| 68 | 316-253-9478 Robert Dear | 316-641-1719 Tyrone Andrews | 393 |
| 69 | 316-201-5321 Ricky Henry | 316-259-0717 Tyrone Andrews | 214 |
| 70 | 316-390-6452 Ricky Henry | 316-259-0717 Tyrone Andrews | 216 |
| 71 | 316-708-9609 James Black | 316-259-0717 Tyrone Andrews | 227 |
| 72 | 316-253-9478 Robert Dear | 316-641-1719 Tyrone Andrews | 401 |
| 73 | 316-259-0717 Tyrone Andrews | 316-806-6948 Jose Pizana | 232 |
| 74 | 316-259-0717 Tyrone Andrews | 316-806-5515 Miguel McPhaul | 233 |

In violation of Title 21, United States Code, Section 843(b).

## Count 75

On or about September 14, 2007, in the District of Kansas,

**TYRONE ANDREWS,**
**JOSE PIZANA,**
**MICHAEL BIGLOW,**
**MIGUEL McPHAUL,**
**RICKY HENRY, and**
**ROBERT DEAR,**

the defendants herein, did unlawfully, knowingly and intentionally possess with the intent

to distribute a mixture and substance containing a detectable amount of cocaine, a controlled

16

substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Count 76 through 78

On or about September 15, 2007, in the District of Kansas, and elsewhere, the defendants listed below, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy to distribute, conspiracy to possess with the intent to distribute, possession with the intent to distribute, distribution of controlled substances and an attempt to do so, in violation of Title 21, United States Code, Sections 841 and 846:

| Count | Caller Defendant | Recipient Defendant | Call No. |
|-------|------------------|---------------------|----------|
| 76 | 316-807-3914 Jerry Newton | 316-259-0717 Tyrone Andrews | 248 |
| 77 | 316-390-6452 Ricky Henry | 316-259-0717 Tyrone Andrews | 257 |
| 78 | 316-312-8616 Timothy Collins | 316-259-0717 Tyrone Andrews | 263 |

In violation of Title 21, United States Code, Section 843(b).

### Count 79

On or about September 15, 2007, in the District of Kansas,

**TYRONE ANDREWS,**
**JERRY NEWTON,**
**RICKY HENRY, and**
**TIMOTHY COLLINS,**

the defendants herein, did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## **Counts 80 through 81**

On or about September 16, 2007, in the District of Kansas, and elsewhere, the defendants listed below, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy to distribute, conspiracy to possess with the intent to distribute, possession with the intent to distribute, distribution of controlled substances and an attempt to do so, in violation of Title 21, United States Code, Sections  841 and 846:

| Count | Caller Defendant | Recipient Defendant | Call No. |
|-------|------------------|---------------------|----------|
| 80 | 316-253-9478 Robert Dear | 316-641-1719 Tyrone Andrews | 526 |
| 81 | 316-806-5515 Miguel McPhaul | 316-259-0717 Tyrone Andrews | 270 |

In violation of Title 21, United States Code, Section 843(b).

## **Count 82**

On or about September 16, 2007, in the District of Kansas,

**TYRONE ANDREWS,**
**ROBERT DEAR, and**
**MIGUEL McPHAUL,**

18

the defendants herein, did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## **Counts 83 through 89**

On or about September 17, 2007, in the District of Kansas, and elsewhere, the defendants listed below, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy to distribute, conspiracy to possess with the intent to distribute, possession with the intent to distribute, distribution of controlled substances and an attempt to do so, in violation of Title 21, United States Code, Sections  841 and 846:

| Count | Caller Defendant | Recipient Defendant | Call No. |
|-------|------------------|---------------------|----------|
| 83 | 316-259-0717 Tyrone Andrews | 316-208-5551 Dornel Johnson | 284 |
| 84 | 321-331-5496 Clifton Parks | 316-641-1719 Tyrone Andrews | 575 |
| 85 | 316-259-0717 Tyrone Andrews | 316-201-5321 Ricky Henry | 287 |
| 86 | 316-806-5515 Miguel McPhaul | 316-259-0717 Tyrone Andrews | 307 |
| 87 | 316-708-9609 James Black | 316-259-0717 Tyrone Andrews | 308 |
| 88 | 316-259-0717 Tyrone Andrews | 316-390-6452 Ricky Henry | 315 |

| Count | Caller Defendant | Recipient Defendant | Call No. |
|-------|------------------|---------------------|----------|
| 89 | 321-331-5496 Clifton Parks | 316-641-1719 Tyrone Andrews | 604 |

In violation of Title 21, United States Code, Section 843(b).

## Count 90

On or about September 17, 2007, in the District of Kansas,

**TYRONE ANDREWS,**
**DORNEL JOHNSON,**
**RICKY HENRY,**
**MIGUEL McPHAUL, and**
**JAMES BLACK,**

the defendants herein, did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Counts 91 through 95

On or about September 18, 2007, in the District of Kansas, and elsewhere, the defendants listed below, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy to distribute, conspiracy to possess with the intent to distribute, possession with the intent to distribute, distribution of controlled substances and an attempt to do so, in violation of Title 21, United States Code, Sections 841 and 846:

20

| Count | Caller Defendant | Recipient Defendant | Call No. |
|---|---|---|---|
| 91 | 316-312-9186 Gregory Reynolds | 316-259-0717 Tyrone Andrews | 334 |
| 92 | 316-259-0717 Tyrone Andrews | 316-312-8616 Timothy Collins | 335 |
| 93 | 316-641-1719 Tyrone Andrews | 321-331-5496 Clifton Parks | 647 |
| 94 | 316-312-9186 Gregory Reynolds | 316-259-0717 Tyrone Andrews | 339 |
| 95 | 316-259-0717 Tyrone Andrews | 316-807-3914 Jerry Newton | 342 |

In violation of Title 21, United States Code, Section 843(b).

## **Count 96**

On or about September 18, 2007, in the District of Kansas,

**TYRONE ANDREWS,**
**GREGORY REYNOLDS,**
**CLIFTON PARKS,**
**CLERANCE REED, and**
**JERRY NEWTON,**

the defendants herein, did unlawfully, knowingly and intentionally possess with the intent

to distribute a mixture and substance containing a detectable amount of cocaine, a controlled

substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United

States Code, Section 2.

## **Counts 97 through 102**

21

On or about September 19, 2007, in the District of Kansas, and elsewhere, the defendants listed below, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy to distribute, conspiracy to possess with the intent to distribute, possession with the intent to distribute, distribution of controlled substances and an attempt to do so, in violation of Title 21, United States Code, Sections  841 and 846:

| Count | Caller Defendant | Recipient Defendant | Call No. |
|-------|------------------|---------------------|----------|
| 97 | 316-390-6452 Ricky Henry | 316-259-0717 Tyrone Andrews | 350 |
| 98 | 316-806-5515 Miguel McPhaul | 316-259-0717 Tyrone Andrews | 351 |
| 99 | 316-259-0717 Tyrone Andrews | 316-806-5515 Miguel McPhaul | 355 |
| 100 | 316-371-7010 Clerance Reed | 316-259-0717 Tyrone Andrews | 361 |
| 101 | 316-371-7010 Clerance Reed | 316-259-0717 Tyrone Andrews | 371 |
| 102 | 316-371-7010 Clerance Reed | 316-259-0717 Tyrone Andrews | 380 |

In violation of Title 21, United States Code, Section 843(b).

## Count 103

On or about September 19, 2007, in the District of Kansas,

**TYRONE ANDREWS,**

the defendant herein, did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled

substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Counts 104 through 107

On or about September 20, 2007, in the District of Kansas, and elsewhere, the defendants listed below, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy to distribute, conspiracy to possess with the intent to distribute, possession with the intent to distribute, distribution of controlled substances and an attempt to do so, in violation of Title 21, United States Code, Sections  841 and 846:

| Count | Caller Defendant | Recipient Defendant | Call No. |
|-------|------------------|---------------------|----------|
| 104 | 316-641-1719 Tyrone Andrews | 316-312-9186 Gregory Reynolds | 724 |
| 105 | 316-259-0717 Tyrone Andrews | 316-371-7010 Clerance Reed | 392 |
| 106 | 316-209-3399 Cornel Beard | 316-641-1719 Tyrone Andrews | 757 |
| 107 | 316-641-1719 Tyrone Andrews | 321-331-5496 Clifton Parks | 767 |

In violation of Title 21, United States Code, Section 843(b).

## Counts 108 through 114

On or about September 21, 2007, in the District of Kansas, and elsewhere, the defendants listed below, did unlawfully, knowingly and intentionally use a communication

facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy to distribute, conspiracy to possess with the intent to distribute, possession with the intent to distribute, distribution of controlled substances and an attempt to do so, in violation of Title 21, United States Code, Sections 841 and 846:

| Count | Caller Defendant | Recipient Defendant | Call No. |
|-------|------------------|---------------------|----------|
| 108 | 316-641-1719 Tyrone Andrews | 321-331-5496 Clifton Parks | 806 |
| 109 | 316-644-4504 Michael Biglow | 316-259-0717 Tyrone Andrews | 419 |
| 110 | 316-259-0717 Tyrone Andrews | 316-208-5551 Dornel Johnson | 425 |
| 111 | 316-312-8616 Timothy Collins | 316-259-0717 Tyrone Andrews | 427 |
| 112 | 316-390-6452 Ricky Henry | 316-259-0717 Tyrone Andrews | 434 |
| 113 | 316-807-3914 Jerry Newton | 316-259-0717 Tyrone Andrews | 440 |
| 114 | 316-259-0717 Tyrone Andrews | 316-312-8616 Timothy Collins | 445 |

In violation of Title 21, United States Code, Section 843(b).

## Counts 115 through 121

On or about September 22, 2007, in the District of Kansas, and elsewhere, the defendants listed below, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone to commit, cause and facilitate the felony offense(s) of conspiracy to distribute, conspiracy to possess with the intent to distribute, possession with the intent to distribute, distribution of controlled substances and an attempt to do so, in violation of Title

24

21, United States Code, Sections 841 and 846:

| Count | Caller Defendant | Recipient Defendant | Call No. |
|---|---|---|---|
| 115 | 316-806-5515 Miguel McPhaul | 316-259-0717 Tyrone Andrews | 461 |
| 116 | 316-259-0717 Tyrone Andrews | 316-312-8616 Timothy Collins | 463 |
| 117 | 316-806-6948 Jose Pizana | 316-259-0717 Tyrone Andrews | 910 |
| 118 | 316-371-7010 Clerance Reed | 316-259-0717 Tyrone Andrews | 470 |
| 119 | 316-259-0717 Tyrone Andrews | 316-312-8616 Timothy Collins | 476 |
| 120 | 316-259-0717 Tyrone Andrews | 316-208-5551 Dornel Johnson | 479 |
| 121 | 316-371-7010 Clerance Reed | 316-641-1719 Tyrone Andrews | 930 |

In violation of Title 21, United States Code, Section 843(b).

## Count 122

On or about September 22, 2007, in the District of Kansas,

### TYRONE ANDREWS,

the defendant herein, did unlawfully, knowingly and intentionally possess with intent to distribute fifty (50) grams and more (approximately 516.42 grams) of a mixture and substance containing a detectable amount of cocaine base (crack cocaine), a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## Count 123

On or about September 22, 2007, in the District of Kansas,

**TYRONE ANDREWS,**

the defendant herein, did knowingly carry a firearm, a Glock model 19 semi-automatic handgun with ammunition, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1).

### Count 124

Beginning as early as June 1, 2007, and continuing through September 22, 2007, in the District of Kansas,

**TYRONE ANDREWS,**

the defendant herein, did knowingly and intentionally maintain a place at 1821 S. Ridgewood, Wichita, Kansas, for the purpose of distributing cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1).

### Count 125

On or about September 23, 2007, in the District of Kansas,

**DORNEL JOHNSON,**

the defendant herein, did unlawfully, knowingly and intentionally possess with intent to distribute fifty (50) grams and more of a mixture and substance containing a detectable amount of cocaine base (crack cocaine), a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### Count 126

On or about September 27, 2007, in the District of Kansas,

## MICHAEL BIGLOW,

the defendant herein, who is an unlawful user of any controlled substance, did unlawfully and willfully possess a firearm, that is, a shotgun, in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 127

On or about September 27, 2007, in the Dictrict of Kansas,

## MICHAEL BIGLOW,

the defendant herein, who is an unlawful user of any controlled substance, did unlawfully and willfully possess a firearm, that is, a .25 caliber semi automatic pistol, in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 128

On or about September 27, 2007, in the District of Kansas,

## MICHAEL BIGLOW,

the defendant herein, did unlawfully, knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### Count 129

On or before October 2, 2007, in the District of Kansas,

27

**CORNELL BEARD,**

the defendant herein, who is an unlawful user of any controlled substance, did unlawfully and willfully possess one and more firearms, in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 130

On or before October 2, 2007, in the District of Kansas,

**STEVEN RICH,**

the defendant herein, who is an unlawful user of any controlled substance, did unlawfully and willfully possess ammunition, in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 131

On or about April 24, 2009, in the District of Kansas,

**GREGORY REYNOLDS,**

the defendant herein, did knowingly and willfully threaten to cause bodily injury to another, with the intent to retaliate against this person for the attendance of the person at an official proceeding, and any testimony given by this person in an official proceeding.

In violation of Title 18, United States Code, Section 1513(b)(1).

### Forfeiture Allegations

The Grand Jury further alleges:

**A.      Tyrone Andrews**

    i.      Title 21, United States Code, Section 853

As a result of committing the foregoing offenses alleged in Counts 1, 6 through 9, 11, 12, 14 through 121, inclusive, of this Second Superseding Indictment, the defendant,

**TYRONE ANDREWS,**

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

1.    Conveyances

      a.    2003 Mercedes-Benz CL600, vehicle identification number WDBPJ76J13A034224;

      b.    1993 Acura Legend, vehicle identification number JH4KA827XPC003364;

      c.    2006 Dodge Charger, vehicle identification number 2B3KA53H16H214912;

      d.    2003 Honda Accord, vehicle identification number 1HGCM72253A007485;

      e.    2000 Lincoln LS, vehicle identification number 1LNHM87A7YY911133;

      f.    2003 Lincoln Navigator, vehicle identification number 5LMFU28R83LJ47580;

      g.     1993 Infiniti J30, vehicle identification number JNKAY21D4PM024667;

      h.     1971 Oldsmobile, vehicle identification number 342671M188084;

2.    Currency

      a.     Approximately $ 58,770.00 in United States currency, more or less, seized on or about September 23, 2007, at 1821 S. Ridgewood, Wichita, Kansas; and

      b.     Approximately $ 720.00 in United States currency, more or less, seized on or about September 23, 2007, at 931 S. Sandalwood, in Sedgwick County, Kansas.

3.    Money Judgment

A sum of money equal to $11,932,000.00 in United States currency, representing the amount of proceeds obtained as a result of the offenses in counts 1, 6 through 9, 11, 12, 14 through 121, inclusive, for which the defendant is liable;

4.    Property

      a.     A piece of real property commonly known as 1926 S. Spruce, Wichita, Sedgwick County, Kansas, with the legal description of Lot 21, Block 16, Linwood Park Addition to City of Wichita, Sedgwick County, Kansas, subject to easements and restrictions of record;

b.    A piece of real property commonly known as 1930 S. Spruce, Wichita, Sedgwick County, Kansas, with the legal description of Lots 25 - 27, Block 16, Linwood Park Addition to City of Wichita, Sedgwick County, Kansas, subject to easements and restrictions of record;

c.    A piece of real property commonly known as 1112 N. Terrace, Wichita, Sedgwick County, Kansas, with the legal description of Lots 29 and 30, Block 11, Country Club Heights, Sedgwick County, Kansas, subject to easements and restrictions of record;

d.    A piece of real property commonly known as 1821 S. Ridgewood, Wichita, Sedgwick County, Kansas, with the legal description of Lot 39, Block 6, Builders Third Addition to the City of Wichita, Sedgwick County, Kansas, subject to easements and restrictions of record;

e.    A piece of real property commonly known as 1610 E. 15th North, Wichita, Sedgwick County, Kansas, with the legal description of Lot 14, except the East 2.73 feet thereof, all of Lot 16, and the East 5.46 feet of Lot 18, on Fifteenth Street and the vacated North 5 feet of Fifteenth Street, adjacent to said Lots on the South and all of vacated alley adjoining said Lots on the North, in Spring Grove, Second Addition to Wichita, Sedgwick County, Kansas, subject to easements and restrictions of record;

f.    A piece of real property commonly known as 931 S. Sandalwood,

31

Wichita, Kansas, with the legal description of Lot 6, Block 4, Springdale East 2nd Addition to Sedgwick County, Kansas, subject to easements and restrictions of record;

g.      A piece of real property commonly known as 5749 Ayesbury, Wichita, Kansas, with the legal description of Lot 15, Block 1, Woodlawn Place Third Addition to Wichita, Sedgwick County, Kansas, subject to easements and restrictions of record;

h.      A piece of real property with the legal description of Lot 23, Block 16, Linwood Park Addition to City of Wichita, Sedgwick County, Kansas, subject to easements and restrictions of record.

5.      Firearms and Ammunition

a.      one Tanfoglio brand, .45 caliber, semi-automatic handgun, with two magazines;

b.      One Glock, model 19, semi-automatic handgun, with magazine and 11 bullets;

c.      10 Winchester jacketed 9mm bullets and one Federal jacketed 9mm bullet; and

d.      17 .45 caliber bullets, and 39 9mm bullets.

All in violation of Title 21, United States Code, Section 853.

ii.      Title 18, United States Code, Section 924(d)

As a result of committing the offenses alleged in count 123 of this Second

Superseding Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section §2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

      1.     One Glock, model 19, semi-automatic handgun, with magazine and eleven bullets;

In violation of Title 18, United States Code, Sections 922 (g) and 924 (d), and Title 28, United States Code, Section 2461.

**B.**    **Cornell Beard**

    i.    Title 21, United States Code, Section 853

As a result of committing the foregoing offenses alleged in Counts 1, 27 through 29 and 106, of this Second Superseding Indictment, the defendant,

**CORNELL BEARD,**

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

    1.    Money Judgment

          A sum of money equal to 120,900.00 in United States currency, representing the amount of proceeds obtained as a result of the offenses in Counts 1, 27

through 29 and 106, for which the defendant is liable.

All in violation of Title 21, United States Code, Section 853.

ii.      Title 18, United States Code, Section 924(d)

As a result of committing the offenses alleged in Count 129 of this Second Superseding Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section §2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

1.      One RG .38 Special Revolver, Model RG40, SN R073728;

2.      Llama .22 semi auto pistol and magazine, SN 980700;

3.      Taurus .38 Special Revolver, SN MG491498, model 85;

4.      Remington Rand, .45 semi auto pistol and magazine,
        Model M1911A1USArmy, SN 1769496;

5.      Glock .45 semi auto pistol, model 30, SN CXH289US with
        magazine;

6.      Springfield .45 semi auto pistol, model 1911-A1,
        SN N351085 with magazine;

7.      Colt model MKIV .45 semi auto pistol magazine, SN SS03694E;

8.      Mitchell Arms, .45 semi auto pistol SN M963579 with magazine,
        unknown make/model firearm with scope;

9.      Turkish 8mm, Mauser, SN 145387,

10.      Savage .22 semi auto rifle, model 6A, unknown serial number;

11.      New England Firearms 20 gauge shotgun, single shot, model SB1, SN NM217164;

12.      Remington Model 1100 12 gauge semi auto shotgun, SN N196470V;

13.      Stevens Model 235 double barrel shotgun, SN 25247;

14.      Benelli 12 gauge shotgun, model Nova pump action, SN Z109100;

15.      Remington model 11-48 20 gauge pump shotgun, SN 5837915;

16.      Savage model 10 .309 bolt action rifle with scope, SN F784093;

17.      Amadeo Rossi 45 colt rifle, SN SS006116, model 925RC.

In violation of Title 18, United States Code, Sections 922 (g) and 924 (d), and Title 28, United States Code, Section 2461.

## C.    **Michael Biglow**

i.      Title 21, United States Code, Section 853

As a result of committing the foregoing offenses alleged in Counts 1, 12, 37, 51, 60, 64, 75, 109 and 128 of this Second Superseding Indictment, the defendant,

**MICHAEL BIGLOW,**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property, real and personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

1.     Conveyances

   a.     1962 Cadillac CV, vehicle identification number 62F134359;

   b.     1992 Mercedes RD, vehicle identification number
          WDBFA66E3NF042534;

   c.     2003 Honda Accord, vehicle identification number
          1HGCM66543A011719;

   d.     2003 GMC Yukon XL Denali, vehicle identification number
          1GKFK66U23J243491;

2.     Currency

       Approximately $769.11 in United States currency, more or less, seized on or

       about September 27, 2007, in Wichita, Kansas;

3.     Money Judgment

       A sum of money equal to $ 120,900.00 in United States currency, representing

       the amount of proceeds obtained as a result of the offenses in counts 1, 12, 37,

       51, 60, 64, 75, 109 and 128 for which the defendant is liable;

4.     Property

       A piece of real property commonly known as 9320 N. Hydraulic, Kechi,

       Kansas, with the legal description of: A tract of land in the North Half of the

       Northwest Quarter of Section 27, Township 25 South, Range 1 East of the 6th

       P.M., Sedgwick County, Kansas, described as follows: Beginning at the

       Northwest corner of the Northwest Quarter of Section 27, Township 25 South,

Range 1 East of the 6th P.M.; thence easterly along the North line of said Northwest Quarter 832.11 feet; thence southerly with an angle to the right of 93'25" a distance of 499.18 feet; thence easterly parallel with the North line of said Northwest Quarter a distance of 85.00 feet; thence southerly with an angle to the right of 93'25" a distance of 145.00 feet; thence west parallel with the North line of said Northwest Quarter a distance of 119.25 feet to a point756.4 feet east of the West line of said Northwest Quarter; thence southerly parallel to the West line of said Northwest Quarter a distance of 19.44 feet to a point 662.3 feet north of the South line of said North Half of the Northwest Quarter; thence westerly parallel with the South line of said North Half of the Northwest Quarter 736.40 feet to a point on the West Line of said Northwest Quarter 662.3 feet north of the South line of said North Half of the Northwest Quarter; thence northerly along the West line of said Northwest Quarter 662.17 feet to the point of beginning, subject to easements and restrictions of record.

All in violation of Title 21, United States Code, Section 853.

ii.      Title 18, United States Code, Section 924(d)

As a result of committing the offenses alleged in counts 126 and 127 of this Second Superseding Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section §2461(c), all firearms and ammunition involved in the commission of the offenses, including but not

limited to the following:

1.      One Mossberg 12 gauge pump action shotgun;

2.      One Bauer .25 caliber, semi automatic pistol, with a magazine and five

bullets;

3.      Nine boxes of 9mm ammunition;

4.      One box of Winchester .357 ammunition;

5.      One .40 caliber magazine with eight bullets;

6.      Two rounds of .40 caliber ammunition;

7.      Miscellaneous .22 caliber ammunition in a sack; and

8.      One box of .38 caliber ammunition.

In violation of Title 18, United States Code, Sections 922 (g) and 924 (d), and Title

28, United States Code, Section 2461.

**D.**      **James Black**

As a result of committing the foregoing offenses alleged in Counts 1, 17, 18, 42, 49,

55, 62, 71, 87 and 90, of this Second Superseding Indictment, the defendant,

**JAMES BLACK,**

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and

personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result

of the said violations and any property used, or intended to be used, in any manner or part,

to commit, or to facilitate the commission of the said violations, including but not limited to

the following:

38

1.     Money Judgment

A sum of money equal to $120,900.00 in United States currency, representing

the amount of proceeds obtained as a result of the offenses in Counts 1, 17, 18,

42, 49, 55, 62, 71, 87 and 90, for which the defendant is liable.

All in violation of Title 21, United States Code, Section 853.

**E.     Seth Collins**

As a result of committing the foregoing offenses alleged in Counts 2 through 5 and

10, of this Second Superseding Indictment, the defendant,

**SETH COLLINS,**

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and

personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result

of the said violations and any property used, or intended to be used, in any manner or part,

to commit, or to facilitate the commission of the said violations, including but not limited to

the following:

1.     Money Judgment

A sum of money equal to $1,650.00 in United States currency, representing the

amount of proceeds obtained as a result of the offenses in Counts 2 through 5

and 10, for which the defendant is liable.

All in violation of Title 21, United States Code, Section 853.

**F.     Timothy Collins**

As a result of committing the foregoing offenses alleged in Counts 1, 15, 18, 20, 23,

25, 29, 43, 46, 48, 49, 52, 54, 78, 79, 92, 101, 114, 116 and 119, of this Second Superseding

Indictment, the defendant,

**TIMOTHY COLLINS,**

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and

personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result

of the said violations and any property used, or intended to be used, in any manner or part,

to commit, or to facilitate the commission of the said violations, including but not limited to

the following:

1.    Money Judgment

A sum of money equal to $ 120,900.00 in United States currency, representing

the amount of proceeds obtained as a result of the offenses in Counts 1, 15, 18,

20, 23, 25, 29, 43, 46, 48, 49, 52, 54, 78, 79, 92, 101, 114, 116 and 119, for

which the defendant is liable.

All in violation of Title 21, United States Code, Section 853.

**G.    Robert Dear**

As a result of committing the foregoing offenses alleged in Counts 1, 68, 72, 75, 80

a2d 81, of this Second Superseding Indictment, the defendant,

**ROBERT DEAR,**

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and

personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result

of the said violations and any property used, or intended to be used, in any manner or part,

to commit, or to facilitate the commission of the said violations, including but not limited to the following:

1.    Money Judgment

A sum of money equal to $ 120,900.00 in United States currency, representing the amount of proceeds obtained as a result of the offenses in Counts 1, 68, 72, 75, 80 and 82, for which the defendant is liable.

All in violation of Title 21, United States Code, Section 853.

## H.    <u>Kevin Gunter</u>

As a result of committing the foregoing offenses alleged in Counts 1, 7 and 13 of this Second Superseding Indictment, the defendant,

### KEVIN GUNTER,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property, real and personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

1.    Currency

Approximately $520.00 in United States currency, more or less, seized on or about August 17, 2007, in Wichita, Kansas;

2.    Money Judgment

A sum of money equal to $120,900.00 in United States currency, representing

the amount of proceeds obtained as a result of the offenses in counts 1, 7 and

13, for which the defendant is liable.

All in violation of Title 21, United States Code, Section 853.

**I.**   **Ricky Henry**

As a result of committing the foregoing offenses alleged in Counts 1, 16, 32, 33, 36,

50, 54, 66, 69, 70, 75, 77, 79, 85, 88, 90, 97 and 112, of this Second Superseding Indictment,

the defendant,

**RICKY HENRY,**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any

and all property, real and personal, constituting, or derived from, proceeds obtained, directly

or indirectly, as a result of the said violations and any property used, or intended to be used,

in any manner or part, to commit, or to facilitate the commission of the said violations,

including but not limited to the following:

1.   Currency

Approximately $2,160.00 in United States currency, more or less, seized on

or about September 23, 2007, in Wichita, Kansas;

2.   Money Judgment

A sum of money equal to $ 120,900.00 in United States currency, representing

the amount of proceeds obtained as a result of the offenses in Counts 1, 16, 32,

33, 36, 50, 54, 66, 69, 70, 75, 77, 79, 85, 88, 90, 97 and 112, for which the

defendant is liable.

All in violation of Title 21, United States Code, Section 853.

**J.**   **Dornel Johnson**

As a result of committing the foregoing offenses alleged in Counts 1, 26, 29, 31, 34, 36, 39, 59, 83, 90, 110, 120 and 125, of this Second Superseding Indictment, the defendant,

**DORNEL JOHNSON,**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property, real and personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

1.   Currency

Approximately $3, 154.00 in United States currency, more or less, seized on or about September 23, 2007, in Wichita, Kansas;

2.   Money Judgment

A sum of money equal to $ 120,900.00 in United States currency, representing the amount of proceeds obtained as a result of the offenses in Counts 1, 26, 29, 31, 34, 36, 39, 59, 83, 90, 110, 120 and 125, for which the defendant is liable.

All in violation of Title 21, United States Code, Section 853.

**K.**   **Miguel McPhaul**

As a result of committing the foregoing offenses alleged in Counts 1, 14, 18, 38, 40, 56, 65, 74, 75, 81, 82, 86, 90, 98, 99 and 115, of this Second Superseding Indictment, the

defendant,

## MIGUEL McPHAUL,

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and

personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result

of the said violations and any property used, or intended to be used, in any manner or part,

to commit, or to facilitate the commission of the said violations, including but not limited to

the following:

    1.    Money Judgment

        A sum of money equal to $ 120,900.00 in United States currency, representing

        the amount of proceeds obtained as a result of the offenses in Counts 1, 14, 18,

        38, 40, 56, 65, 74, 75, 81, 82, 86, 90, 98, 99 and 115, for which the defendant

        is liable.

All in violation of Title 21, United States Code, Section 853.

## L.    <u>Jerry Newton</u>

As a result of committing the foregoing offenses alleged in Counts 1, 30, 35, 36, 58,

62, 76, 79, 95, 96 and 113 of this Second Superseding Indictment, the defendant,

## JERRY NEWTON,

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and

personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result

of the said violations and any property used, or intended to be used, in any manner or part,

to commit, or to facilitate the commission of the said violations, including but not limited to

44

the following:

    1.    Money Judgment

A sum of money equal to $ 120,900.00 in United States currency, representing the amount of proceeds obtained as a result of the offenses in Counts 1, 30, 35, 36, 58, 62, 76, 79, 95, 96 and 113, for which the defendant is liable.

All in violation of Title 21, United States Code, Section 853.

**M.**    **Clifton Parks**

As a result of committing the foregoing offenses alleged in Counts 1, 84, 89, 93, 96, 107 and 108, of this Second Superseding Indictment, the defendant,

**CLIFTON PARKS,**

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

    1.    Money Judgment

A sum of money equal to $ 120,900.00 in United States currency, representing the amount of proceeds obtained as a result of the offenses in Counts 1, 84, 89, 93, 96, 107 and 108, for which the defendant is liable.

All in violation of Title 21, United States Code, Section 853.

**N.**    **Jose Pizana**

As a result of committing the foregoing offenses alleged in Counts 1, 21, 29, 41, 53, 57, 61, 63, 67, 73, 75 and 117, of this Second Superseding Indictment, the defendant,

**JOSE PIZANA,**

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

1.     Currency

    Approximately $10,503.00 in United States currency, more or less, seized on or about September 23, 2007, in Wichita, Kansas;

2.     Money Judgment

    A sum of money equal to $ 120,900.00 in United States currency, representing the amount of proceeds obtained as a result of the offenses in Counts 1, 21, 29, 41, 53, 57, 61, 63, 67, 73, 75 and 117, for which the defendant is liable.

All in violation of Title 21, United States Code, Section 853.

**O.**     <u>**Clerance Reed**</u>

As a result of committing the foregoing offenses alleged in Counts 1, 22, 24, 29, 45, 47, 49, 96, 100, 101, 102, 105, 118 and 121, of this Second Superseding Indictment, the defendant,

**CLERANCE REED,**

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

    1.    Money Judgment

        A sum of money equal to $ 120,900.00 in United States currency, representing the amount of proceeds obtained as a result of the offenses in Counts 1, 22, 24, 29, 45, 47, 49, 96, 100, 101, 102, 105, 118 and 121, for which the defendant is liable.

All in violation of Title 21, United States Code, Section 853.

**P.**    **Gregory Reynolds**

As a result of committing the foregoing offenses alleged in Counts 1, 91, 94, 96 and 104, inclusive, of this Second Superseding Indictment, the defendant,

**GREGORY REYNOLDS,**

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

    1.    Currency

Approximately $5,188.00 in United States currency, more or less, seized on or about September 19, 2007, in Wichita, Kansas;

2.    Money Judgment

A sum of money equal to $ 120,900.00 in United States currency, representing the amount of proceeds obtained as a result of the offenses in Counts 1, 91, 94, 96 and 104, for which the defendant is liable.

All in violation of Title 21, United States Code, Section 853.

**Q.    <u>Steven Rich</u>**

As a result of committing the foregoing offenses alleged in Counts 1, 44, and 49, of this Second Superseding Indictment, the defendant,

**STEVEN RICH,**

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

1.    Money Judgment

A sum of money equal to $ 120,900.00 in United States currency, representing the amount of proceeds obtained as a result of the offenses in 1, 44 and 49, for which the defendant is liable.

All in violation of Title 21, United States Code, Section 853.

**Substitute Assets**

If any of the above-described forfeitable property listed in any of the Forfeiture Allegations, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

  5/31/09                                 s/ Foreman
DATE                                      FOREMAN OF THE GRAND JURY

 s/ Lanny D. Welch
LANNY D. WELCH
United States Attorney
1200 Epic Center
301 N. Main
Wichita, KS  67202
(316) 269-6481

Ks.S.Crt.No. 13267

(It is requested that trial be held in Wichita, Kansas.)