(Revised 01/98)   CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

DATE __5-28-09__ - WICHITA

CASE NO. __07-10221-13-MLB__ - UNITED STATES vs. __Robert Dear__    AGE: __34__

**FILED**
U.S. District Court
District of Kansas
MAY 28 2009
Clerk, U.S. District Court
By _____ Deputy Clerk

**APPEARANCES:**

Government:
- ( ) Lind
- ( ) Watson
- ( ) Furst
- ( ) Metzger
- ( ) Barnett
- ( ) Welch
- ( ) Anderson
- (✓) Treaster
- ( ) Oakley
- ( ) Curzydlo

Defendant: (✓) In Person   (✓) By Counsel: __Mark Bennett__
( ) Retained   (✓) Appointed __CJA__

JUDGE:
- ( ) Humphreys
- (✓) Bostwick

CLERK:
- ( ) Stimits
- (✓) Larkey

U.S. PROBATION:
- ( ) Madden
- ( ) Chirinos
- ( ) _____

Proceedings:
- ( ) Preliminary Hearing    ( ) Held       ( ) Waived    __10 Min.__
- ( ) Rule 5                  ( ) Detention  (✓) Arraignment   ( ) Sentence
- ( ) Bond Hearing            ( ) Bond Revoc. ( ) Probation Violation

---

**ARRAIGNMENT AND PLEA / RULE 5 / OMNIBUS**    Arrest Date _____

- (✓) Charges explained to the Defendant
- (✓) Defendant sworn ~~& examined re: financial status~~
- ( ) Defendant's constitutional rights explained
- ( ) Defendant declined to waive indictment
- ( ) Signed Waiver of Indictment
- ( ) Advised of Rights under
- ( ) Signed Consent to Transfer (Rule 20)
- ( ) Petition to enter plea filed
- ( ) Interpreter     ( ) Appointed
- ( ) Counsel appointed
- (✓) Felony     ( ) Misdemeanor
- ( ) Will be presented to next Grand Jury
- ( ) Signed Waiver by Juvenile     ( ) Inform. filed
- ( ) Rule 20                                ( ) Rule 40
- ( ) Signed Consent to Proceed Before Magistrate
- ( ) Plea Agreement attached
- ( ) Sworn     Name: _____

(✓) ARRAIGNMENT AND PLEA:  ✓ 2nd SS                        (✓) Forfeiture   No. of Counts: __6+__
- (✓) Waived Reading   (✓) Indictment   ( ) Information   ( ) Read to Defendant
- ( ) Previous Plea    ( ) Guilty       ( ) Not Guilty    Counts: _____ withdrawn
- ( ) Guilty                                              Counts: _____ accepted
- (✓) Not Guilty                                          Counts: _____

- ( ) Judgment Deferred          ( ) Pre-Sentence Investigation    ( ) Continued to: _____
- ( ) Bond   ( ) Fixed at ____   ( ) Remain at: $ ____              (✓) Continued on present bond.
- ( ) Transfer under Rule 40 to the _____ District of _____
- ( ) Release Order   ( ) Executed   ( ) Continued in effect   ( ) Remanded to Custody
- ( ) Detention Ordered   ( ) Temporary Detention Ordered
- ( ) Set for Trial: _____ at ____ a.m./p.m. before Judge _____

Motions to be filed _____ Response(s) to Motions to be filed _____ Motions to be heard
on _____ at ____ a.m./p.m. before Judge _____
Defendant's next appearance __per Sch. Order__ at ____ a.m./p.m. before Judge __Belot__
for: ( ) Detention hearing   ( ) Arraignment   ( ) _____
Miscellaneous: __1:30 - 1:40__